AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN ——————— DISTRICT OF ——————— MASSACHUSETTS

BARRY S. ZEFF,     Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

UNUMPROVIDENT CORPORATION; and
UNUM LIFE INSURANCE COMPANY
OF AMERICA

CASE NUMBER:

# 04  12453 MEL

TO: (Name and address of defendant)

UNUM LIFE INSURANCE COMPANY OF AMERICA
1 Fountain Square
Chattanooga, TN  37402

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard K. Latimer
Kistin Babitsky Latimer & Beitman
Box 590,13 Falmouth Heights Road
Falmouth, MA  02541-0590

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE  11/19/2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/6/04 |
| NAME OF SERVER (PRINT) Denis Birkkom | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☒ Other (specify): Hand Delivered to Polly Buck, Authorized to
Accept Service
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/6/04
Date

_____
Signature of Server

P.O. Box 17446, Chattanooga, TN
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.