UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY ZEFF,<br><br>        Plaintiff<br><br>v.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA, and<br>UNUMPROVIDENT<br>CORPORATION,<br><br>        Defendants | Civil Action No. 04-12453 MEL |

## NOTICE OF APPEARANCE

In accordance with Local Rule 83.5.2 of the United States District Court for the District of Massachusetts the below-named attorney enters an appearance as counsel for Defendants:

        John J. Aromando
        Pierce Atwood LLP
        One Monument Square
        Portland, ME 04101
        (207) 791-1100

DATED:

        _____
        John J. Aromando, BBO #545648

        PIERCE ATWOOD LLP
        One Monument Square
        Portland, ME 04101
        (207) 791-1100

        Attorneys for Defendants

{W0298952.1}