UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BARRY ZEFF, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12453 MEL |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, and | ) | |
| UNUMPROVIDENT | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |

## CORPORATE DISCLOSURE STATEMENT

Unum Life Insurance Company of America has not issued shares to the public nor has its subsidiaries or affiliates. Its parent company, UnumProvident Corporation, has issued shares to the public.

DATED: December 22, 2004

John J. Armando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0301526.1}