UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY ZEFF, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, and )<br>UNUMPROVIDENT )<br>CORPORATION, )<br>)<br>Defendants ) | Civil Action No. 04-12453 MEL |

## ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendants move for an extension of the time within which they must serve their response to Plaintiff's Complaint, to and including January 25, 2005.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendants respectfully request an enlargement of time to January 15, 2005, within which to respond to Plaintiff's Complaint.

DATED: December 22, 2004

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendants*

{W0302243.1}

{W0298952.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents were served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

>Richard K. Latimer, Esq.
>Kistin Babitsky Latimer & Beitman
>Box 590, 13 Falmouth Heights Road
>Falmouth, MA  02541

DATED:

_____
John J. Aromando, BBO #545648

{W0298952.1}